

FILED

NOV 2 3 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case №: 1:20-MJ-00129-15-EPG |
| Plaintiff, ) | |
| ) | **O R D E R** |
| vs. ) | **APPOINTING COUNSEL** |
| ) | |
| JAMES ARMSTRONG, ) | |
| ) | |
| Defendant. ) | |

The above named Defendant has, under oath, sworn or affirmed as to his financial

inability to employ counsel or has otherwise satisfied this Court that he is financially unable to

obtain counsel and wishes counsel be appointed to represent him.  Therefore, in the interests of

justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED that Daniel L. Harralson be appointed to represent the above

defendant in this case effective *nunc pro tunc* to  November 20, 2020.

This appointment shall remain in effect until further order of this court.

DATED:  11/23/2020

HON. ERICA P. GROSJEAN
United States Magistrate Judge

-1-